UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SLADE GORTON & CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO BARILLARI, S.A. ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. _____ <br><br> 05-11366 MLW |

**SLADE GORTON & CO., INC.'S**
**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff Slade Gorton & Co., Inc. states that it has no parent corporation and that there are no publicly held companies that own more than 10% of its stock.

SLADE GORTON CO., INC.

By its attorneys,

_/s/ Jeffrey S. King_
Jeffrey S. King (BBO #559000)
jking@klng.com
Amy B. Abbott (BBO #648072)
aabbott@klng.com
KIRKPATRICK & LOCKHART
    NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: June 28, 2005

BOS-875432 v1