UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
SLADE GORTON & CO., INC.,          )
                                   )
    Plaintiff,                     )
                                   )   CIVIL ACTION NO.  05-11366-MLW
    v.                             )
                                   )
ANTONIO BARILLARI, S.A.            )
                                   )
    Defendant.                     )
_____)

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Slade Gorton & Co., Inc. ('Slade Gorton") hereby requests an entry of default against Defendant Antonio Barillari, S.A. for failure to plead or otherwise defend itself in this action.  As reasons therefore, the Plaintiff states as follows:

1. On June 28, 2005, Slade Gorton filed a Complaint seeking affirmative relief against defendant Antonio Barillari, S.A. ("Barillari").

2. On September 1, 2005, pursuant to Fed. R. Civ. P. 4(h)(2), the Plaintiff served a copy of its summons and Complaint and Jury Demand on Barillari by delivering them through an international process server pursuant to the means authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.  *See* Return of Service on Barillari, Sept. 1, 2005, attached hereto as Exhibit A (*see also* Docket Entry No. 10).

3. The time within which Barillari had to serve a responsive pleading or otherwise defend pursuant to Fed. R. Civ. P. 12(a) has expired and Barillari failed to serve or file an answer or otherwise defend against the Complaint.  *See* Affidavit of Jeffrey S. King, Esq., attached hereto as Exhibit B.

4.  Barillari is not an infant or an incompetent person. *Id.*

WHEREFORE, the Plaintiff hereby requests that, pursuant to Fed. R. Civ. P. 55(a), the Clerk of Court enter default against Barillari.

                                         Respectfully submitted,

                                         SLADE GORTON & CO.
                                         By its attorneys,

Dated: March 16, 2007                   /s/ Clarence H. Brown
                                         Jeffrey S. King (BBO No. 559000)
                                         jeffrey.king@klgates.com
                                         Clarence H. Brown (BBO No. 665534)
                                         clarence.brown@klgates.com
                                         KIRKPATRICK & LOCKHART
                                               PRESTON GATES ELLIS LLP
                                         State Street Financial Center
                                         One Lincoln Street
                                         Boston, MA  02111
                                         (617) 261-3100

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent, via First Class mail, postage prepaid, to those non-registered participants on the 16th day of March, 2006.

                                         /s/ Clarence H. Brown
                                         Clarence H. Brown

# Exhibit A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the    District of    Massachusetts

Slade Gorton & Co., Inc.,
                Plaintiff

V.                                    **SUMMONS IN A CIVIL ACTION**

Antonio Barillari, S.A.,
                Defendant    CASE NUMBER:

05-11366MLW

TO: (Name and address of Defendant)

Antonio Barillari, S.A.
Hipolito Yrigoyen 723
C1086AAK
Buenos Aires, Argentina

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. King, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    JUN 2 8 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

◈AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* <br> Please see attached. | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service was completed on September 1, 2005, in compliance with the Hague Convention on Service Abroad, and upheld through appeals in the Argentinean Courts. Please see Exhibit A, our International process server's translation of the official notice from the Argentinean Central Authority; and Exhibit B, a copy of the file for this matter received from the Argentinean Court.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                    *Signature of Server*

                                              _____
                                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SLADE GORTON & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTONIO BARILLARI, S.A. )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-11366-MLW |

**AFFIDAVIT OF JEFFREY S. KING, ESQ. IN SUPPORT OF
PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

I, Jeffrey S. King, Esq., hereby depose and state as follows:

1.  I am an attorney duly licensed to practice law in the state and federal courts of this Commonwealth, and I am counsel of record for the plaintiff, Slade Gorton & Co., Inc. ("Slade Gorton"), in the above-captioned action.

2.  I submit this affidavit in support of the Plaintiff's Request for Entry of Default. Unless otherwise indicated, I base this affidavit on my own personal knowledge of the issues in this action.

3.  The Summons and a copy of the Plaintiff's Complaint and Jury Demand were served on the defendant, Antonio Barillari, S.A. ("Barillari"), on September 1, 2005, through an international process server pursuant to the means authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

4.  Documents in connection with service upon Barillari in Argentina were returned to us through the international process procedures in January 2007. Those documents included

BOS-1061646 v1

documents from the Argentinean courts. The documents were filed in this Court along with the Return of Summons on January 19, 2007 (*see* Docket Entry No. 10).

5. Based on a review of the Argentinean court documents, it appears Barillari challenged service in the Argentinean courts on the basis that a formal requirement related to the translation of the documents had not been satisfied. It also appears the Argentinean court denied Barillari's request. On June 9, 2006, Barillari filed an extraordinary appeal of that decision, which was also ultimately rejected.

6. The time within which Barillari had to serve a responsive pleading or otherwise defend pursuant to Fed. R. Civ. P. 12(a) has expired and Barillari failed to serve or file an answer or otherwise defend against the Complaint.

7. Barillari is not an infant or an incompetent person.

Signed under the pains and penalties of perjury this 16th day of March, 2007.

/s/ Jeffrey S. King