UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SLADE GORTON & CO., INC.,
        Plaintiff(s)                                  CIVIL ACTION
                                                                   NO. 05-11366-MLW
        V.

ANTONIO BARILLARI, S.A.
        Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , SLADE GORTON & CO., INC., for an order of Default for failure of the Defendant(s), ANTONIO BARILLARI, S.A., INC. to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 9TH day of APRIL, 2007.

                                                            SARAH A. THORNTON, CLERK

                                                     By:   /s/ Dennis O'Leary
                                                                   Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                            [ntcdflt.]