**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100     www.klgates.com

February 21, 2008

Clarence H. Brown
D 617.951.9119
F 617.261.3175
clarence.brown@klgates.com

**First Class Mail**

The Honorable Mark L. Wolf
Chief Judge, United States District Court for the
    District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   Slade Gorton & Co., Inc., v. Antonio Barillari, S.A., No. 1:05-cv-11366-MLW

Dear Judge Wolf:

   We represent Slade Gorton & Co., Inc. ("Slade Gorton") in the above-referenced matter. As you might be aware, in June 2005, Slade Gorton filed a complaint against Antonio Barillari, S.A.("Barillari"), an Argentinean corporation. Barillari was served in accordance with the Hague Convention on Service Abroad in September 2005. In light of Barillari's failure to appear or respond in any way to Slade Gorton's complaint, a default was entered as to Barillari in April 2007, and Slade Gorton filed an unopposed motion for default judgment on May 9, 2007.

   I write now to request information as to the status of the motion for default judgment. Since its filing in May, there have been no entries on the docket, and Mr. O'Leary, your clerk, has confirmed that the motion has not yet been decided. Slade Gorton is eager to resolve this litigation, which has persisted well over two years despite Barillari's failure to appear. If there is any information or assistance we might provide to that end, please do not hesitate to let me know.

   Thank you for your attention to and assistance with this matter.

Very truly yours,

*[signature]*

Clarence H. Brown

CHB

BOS-1169241 v2