UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SLADE GORTON & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO BARILLARI, S.A. <br><br> Defendant. | CIVIL ACTION NO. 05-11366-MLW |

**JUDGMENT**

In the above-captioned matter before the Court, Wolf, M., presiding, Defendant Antonio Barillari, S.A., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiff and affidavits demonstrating that Defendant owes Plaintiff the sum of $650,000.00, that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $4,445.48, and as set forth in the Court's Memorandum and Order dated March 6, 2008,

It is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered on Plaintiff's behalf on Count I (breach of contract) of the Plaintiff's complaint, and that Plaintiff recover from Defendant Antonio Barillari, S.A. the principal amount of $650,000, with costs in the amount of $4,445.48, and prejudgment interest at the rate of twelve percent per annum from July 31, 2004 to March 14, 2008 in the amount of $282,723.29 for a total judgment of $937,168.77, with post-judgment interest as provided by law.

By the Court,

Dated: March 17, 2008    /s/ Dennis O'Leary
                         Deputy Clerk